■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS SCHMITT, Appellant. [692 NYS2d 656] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Weber, J.), rendered January 10, 1997, convicting him of driving while intoxicated, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the defendant's inability to pass two sobriety tests, together with his physical appearance, slurred speech, and odor of alcohol, provided the arresting officer with probable cause to arrest the defendant for driving while intoxicated (*see, People v Schroeder,* 229 AD2d 917).

The defendant's remaining contention is without merit. Mangano, P. J., Sullivan, Goldstein and McGinity, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN SIMON, Also Known as SAM BUIE, Appellant. [691 NYS2d 791] —Appeal by the defendant from two judgments of the Supreme Court, Kings County (Lipp, J.), both rendered February 4, 1997, convicting him of attempted criminal possession of a weapon in the third degree under Indictment No. 7289/94, and attempted criminal sale of a controlled substance in the fifth degree under Indictment No. 472/96, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). S. Miller, J. P., Sullivan, Friedmann, Luciano and Feuerstein, JJ., concur.